# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2917
_____

EDGAR JEROME GIVENS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

February 4, 2019

PER CURIAM.

We affirm this appeal in all regards, but remand for entry of a conformed order of revocation of probation. The revocation order found that the Appellant had violated condition (5) of his probation by committing the offenses of resisting an officer with violence and retail theft. This was in error as the lower tribunal only orally found a violation of condition (5) for resisting an officer with violence. Accordingly, this case is remanded for entry of a written order that conforms to the oral pronouncement of the lower tribunal. *See Leggs v. State*, 27 So. 3d 155 (Fla. 1st DCA 2010); *see also Baldwin v. State*, 855 So. 2d 1180 (Fla. 1st DCA 2003).

AFFIRMED in part and REMANDED in part for entry of a conformed order.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.